MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6475
Facsimile: (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Roger Louie & Amy Louie,

Plaintiffs,

v.

United States of America, et al.,

Defendants.

Case No. 3:12-cv-03814-SC

~~[PROPOSED]~~ ORDER

*IT IS SO ORDERED AS MODIFIED*

Upon Stipulation of the parties, and for good cause shown therein, IT IS HEREBY ORDERED THAT the deadlines set forth in the Court's Order dated December 14, 2012 (Doc. # 13), as continued as follows:

//

//

//

//

//

Close of discovery: * June 6, 2013

Last hearing date for motions: * June 21, 2013 at 10:00 a.m.

Pretrial conference: * July 26, 2013 at 10:00 a.m.

Trial: * August 5, 2013

The remaining provisions of the Court's December 14th Order remain unchanged.

IT IS SO ORDERED.

Date: 03/05/2013

Honorable S... U... ...dge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

Judge Samuel Conti