Robert L. Goldstein (SBN 184226)
Cindy L. Ho (SBN 227226)
100 Bush Street, Suite 501
San Francisco, CA 94104
Phone: (415) 391-8710, ext. 107
Facsimile: (415) 391-8710

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| ROGER LOUIE and AMY LOUIE<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA and COMMISSIONER OF INTERNAL REVENUE,<br><br>Defendants. | Case No. 3:12-cv-03814-SC<br><br>**STIPULATION TO VOLUNTARILY DISMISS CASE** |

TO THE HONORABLE JUDGE OF THIS COURT:

Roger and Amy Louie, Plaintiffs, and the United States of America and Commissioner of the Internal Revenue, Defendants herein, by and through their undersigned attorneys, hereby agree and stipulate to the voluntary dismissal without prejudice of the above entitled case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

//

- 1 -

STIPULATION TO VOLUNTARILY DISMISS CASE
CASE NO. 3:12-CV-03814-SC

Respectfully submitted this 20th day of May 2013.

/s/ Cindy Ho
CINDY L. HO
Attorney for Roger and Amy Louie


/s/ Michael Pitman
MICHAEL PITMAN
Attorney for Defendants

- 2 -

STIPULATION TO VOLUNTARILY DISMISS CASE
CASE NO. 3:12-CV-03814-SC