Robert L. Goldstein (SBN 184226)
Cindy L. Ho (SBN 227226)
100 Bush Street, Suite 501
San Francisco, CA 94104
Phone: (415) 391-8710, ext. 107
Facsimile: (415) 391-8710

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| ROGER LOUIE and AMY LOUIE<br><br>              Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA and COMMISSIONER OF INTERNAL REVENUE,<br><br>              Defendants. | Case No. 3:12-cv-03814-SC<br><br>**ORDER TO VOLUNTARILY DISMISS CASE** |

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation of the parties, it is hereby ORDERED that this case is dismissed without prejudice.

    SO ORDERED this __29__ day of May, 2013.

_____
HONORABLE CONTI
United States District Judge

*Judge Samuel Conti*

- 1 -

ORDER DISMISSING CASE
CASE NO. 3:12-CV-03814-SC