1  Robert L. Goldstein (SBN 184226)
2  Cindy L. Ho (SBN 227226)
   100 Bush Street, Suite 501
3  San Francisco, CA 94104
   Phone: (415) 391-8710, ext. 107
4  Facsimile: (415) 391-8710

5  Counsel for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISO DIVISION

10  ROGER LOUIE and AMY LOUIE

11                                              Case No. 3:12-cv-03814-SC
              Plaintiffs,
12       v.                                     **ORDER TO VOLUNTARILY DISMISS**
                                                **CASE**
13  UNITED STATES OF AMERICA and
    COMMISSIONER OF INTERNAL
14  REVENUE,

15            Defendants.

16

17
         Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation of the
18
    parties, it is hereby ORDERED that this case is dismissed without prejudice.
19

20       SO ORDERED this __29__ day of May, 2013.

21

22

23

24                                              _____
                                                HONORABLE CONTI
25                                              United States District Judge

26

27

28
                                           - 1 -
    ORDER DISMISSING CASE
    CASE NO. 3:12-CV-03814-SC